# Court of Appeals
# of the State of Georgia

ATLANTA,    June 09, 2015

*The Court of Appeals hereby passes the following order:*

**A15A1175. FARINO v. THE STATE.**

After his trial counsel withdrew from representation, on March 26, 2015, this Court issued an order sua sponte granting Appellant 45 days to proceed pro se or obtain new counsel and file his appellate brief and enumerations of error. Appellant's brief and enumerations of error were due to this Court by May 10, 2015, and have not been filed. Accordingly, we hereby **DISMISS** this appeal.[1]

This appeal has been dismissed because you or your current attorney failed to file a brief and enumeration of errors. If you have decided you do not want to appeal, you need not do anything more; however, if you do still want to appeal, you may have the right to an **OUT-OF-TIME APPEAL**—but **YOU MUST TAKE ACTION** to exercise that right by **MOVING** for an out-of-time appeal **in the trial court**. If your motion for an out-of-time appeal is granted, the trial court should appoint another attorney for you if you want one and cannot pay for one. If your motion for an out-of-time appeal is denied, you may appeal that denial to this Court within thirty (30) days of the trial court's decision.[2]

The Clerk of this Court is hereby **DIRECTED TO SERVE** this order upon the Appellant as well as upon his current attorney of record, if any. Moreover, if Appellant is represented by an attorney, Counsel is hereby **DIRECTED TO**

---

[1] See Court of Appeals Rules 13 and 23.

[2] See *Rowland v. State*, 264 Ga. 872, 875 (2) (452 SE2d 756) (1995); *Reese v. State*, 216 Ga. App. 773, 774 (456 SE2d 271) (1995).

**FORWARD** a copy of this order upon Appellant.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* _____ 06/09/2015 _____
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*